# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-3170

_____

Anthony James Moore,                        *
                                            *
              Appellant,                    *
                                            *    Appeal from the United States
       v.                                   *    District Court for the
                                            *    District of North Dakota.
Leann K. Bertsch, individually and as       *
Director of Corrections; Timothy            *    [UNPUBLISHED]
Schuetzle, individually and as NDSP         *
Warden; Robert Coad, individually and       *
as NDSP Deputy Warden; Dr. John             *
Hagan, individually and in his official     *
capacity; Beth Taghorn; Ginny Althoff;      *
Hope Olson; Daniel Wrolstad; David          *
Krabbenhoft, individually and in their      *
official capacities,                        *
                                            *
              Appellees.                     *

_____

Submitted: August 29, 2008
Filed: September 23, 2008

_____

Before MELLOY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Inmate Anthony Moore appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Upon de novo review, see Popoalii v. Corr. Med. Servs., 512 F.3d 488, 499 (8th Cir. 2008), we agree with the district court that there were no trialworthy issues. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Daniel L. Hovland, Chief Judge, United States District Court for the District of North Dakota.